# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cr78

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRITTANY ROCKEWELL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Government's Second Motion to Amend [# 33]. The Government moves to correct the description of the property contained in the Consent Order and Judgment of Forfeiture entered by the Court on February 24, 2014. Counsel for Defendant does not object to the correction of the description of the firearm in that prior Order. The Court **GRANTS** the motion [# 33] and **AMENDS** the description of the property to be forfeited contained in the Consent Order and Judgment of Forfeiture [# 25] to read as follows:

> **One Byro .380 caliber pistol bearing serial number 1251399 and ammunition seized on or about September 10, 2013, from Brittany Rockwell Williams.**

1

Signed: April 28, 2014

Dennis L. Howell
United States Magistrate Judge